UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
AXEL RENTAS, :
:
                 Plaintiff, : **ORDER GRANTING IN PART**
: **AND DENYING IN PART**
    -against- : **PLAINTIFF'S AND**
: **DEFENDANTS' MOTIONS IN**
: **LIMINE**
CAPTAIN JOHN RUFFIN, Shield No. 488, :
Individually and in his Official Capacity, CO : 10 Civ. 6242 (AKH)
DIANA BAKER, Shield No. 13239, Individually :
and in her Official Capacity, CO KEVIN PARKER, :
Shield No. 15629, Individually and in his Official :
Capacity, CO MILLS CHARLES, Shield No. :
17556, Individually and in his Official Capacity, :
DEPUTY WARDEN ELISIO PEREZ, Individually :
and in his Official Capacity, CAPTAIN SHARON :
CLAYTON, Shield No. 1212, Individually and in :
her Official Capacity, CAPTAIN DARRYLL :
LAGO, Shield No. 1288, Individually and in his :
Official Capacity, CO GEORGE RUPPEL, Shield :
No. 10461, Individually and in his Official :
Capacity, DEPUTY WARDEN WALTER NIN, :
Individually and in his Official Capacity, :
:
:
                 Defendants. :
:
------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

      For the reasons stated on the record, each parties' motion in limine is granted in part and denied in part. On several different issues, I postponed making a ruling until the evidence is presented at trial. For these issues, the parties shall not refer to the relevant evidence in their opening statements. The Clerk shall mark the motions (Doc. Nos. 81 and 84) terminated.

      Plaintiff will reformulate the caption to drop the City of New York as a party and to remove the qualification as to the capacity in which individual defendants are sued.

1

The issue of respondeat superior can be regulated by motion after verdict to the extent appropriate.

SO ORDERED.

Dated: September 25, 2013
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge